IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARAJEAN ANSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No: |
| v. ) | |
| ) | 1:20-CV-05214-MLB-JCF |
| MILTON HALL SURGICAL ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. of Civ. P. 41(a), Plaintiff Tarajean Ansel and Defendant Milton Hall Surgical Associates, LLC, hereby stipulate to the dismissal, with prejudice, of all claims asserted herein. Each party shall bear its own costs and attorney fees in connection with this action.

Respectfully submitted, this 7th day of October 2021.

[SIGNATURES ON FOLLOWING PAGE]

| MOORE INGRAM JOHNSON & STEELE, LLP | Martenson, Hasbrouck & Simon LLP |
|---|---|
| */s/ Clayton O. Carmack*<br>*/s/ Marie L. Wilcox*<br>Clayton O. Carmack<br>Georgia Bar No.: 110540<br>Marie L. Wilcox<br>Georgia Bar No.: 283233<br><br><br>Emerson Overlook<br>326 Roswell Street, Suite 100<br>Marietta, Georgia 30060<br>(770) 429-1499<br>coc@mijs.com<br>mlwilcox@mijs.com | */s/ Peter V. Hasbrouck*<br>*/s/ W. Brian Holladay*<br>*/s/ Brendan F. Sullivan*<br>Peter V. Hasbrouck<br>Georgia Bar No.: 335608<br>W. Brian Holladay<br>Georgia Bar No.: 300576<br>Brendan F. Sullivan<br>Georgia Bar No.: 293808<br>*(signed with express permission by Marie L. Wilcox)*<br><br>2573 Apple Valley Road, N.E.<br>Atlanta, GA 30319<br>(404) 909-8100<br>phasbrouck@martensonlaw.com<br>bholladay@martensonlaw.com<br>bsullivan@martensonlaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARAJEAN ANSEL,<br><br>　　Plaintiff,<br><br>v.<br><br>MILTON HALL SURGICAL ASSOCIATES, LLC,<br><br>　　Defendant. | Civil Action File No:<br><br>1:20-CV-05214-MLB-JCF |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

        Peter V. Hasbrouck
        W. Brian Holladay
        Brendan F. Sullivan
        Martenson, Hasbrouck & Simon LLP
        2573 Apple Valley Road, N.E.
        Atlanta, GA 30319

Respectfully submitted, this 7th day of October 2021.

        MOORE INGRAM JOHNSON & STEELE, LLP

        */s/ Marie L. Wilcox*
        Marie L. Wilcox